# In the United States District Court for the Southern District of Georgia Savannah Division

UNITED STATES OF AMERICA

v.

ALICE HENDRICKS,

Defendant.

CR 409-423

### ORDER

On March 2, 2010, a Judgment was entered listing Cincinnati Insurance Company as a victim in this case. Monies were deposited by defendant(s) to the Court's Deposit Fund (6855XX). Checks were sent to the victim but were returned by the U.S. Postal Service as "undeliverable" and/or were cancelled by Treasury because they were not negotiated within one year. Numerous attempts have been made to find a valid address to no avail. The monies were then moved to Unclaimed Fund (613300) as per the Judicial Guidelines.

On September 18, 2025, Ms. Jennifer Pritchett, Legal Assistant to Bernard F. Kistler, Jr., contacted the Court, seeking release of unclaimed funds held by the Court. It is therefore ordered that the Clerk of Court release the unclaimed funds in the amount of $1,399.53 plus any accrued payments to: Cincinnati Insurance Company Claim # 1137281, 3740 Davinci Court, Suite 460, Peachtree Corners, Georgia 30092.

**SO ORDERED**, this 15 day of October, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA